FILED'06 JUL 19 10:33 USDC-ORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| VICKI WERKING, | ) | Civil No. 05-6144-CO |
| Plaintiff, | ) ) ) | **ORDER** |
| v. | ) ) | |
| JO ANNE B. BARNHART,<br>Commissioner of Social<br>Security, | ) ) ) ) ) | |
| Defendant. | ) | |

**PANNER, Judge.**

Plaintiff has petitioned for judicial review of the final decision by the Commissioner of Social Security denying her claim for disability benefits. On June 15, 2006, Magistrate Judge Cooney filed his Findings and Recommendation (docket # 21), recommending (1) that Defendant's Motion (# 15) to Remand be denied, and (2) that the decision of the Commissioner be reversed and the matter remanded pursuant to sentence four of 42 U.S.C. § 405(g) for calculation and award of benefits.

The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). Although no objections have been timely filed, this court still must review the legal

1 - ORDER

principles *de novo*. See <u>Lorin Corp. v Goto & Co., Ltd.</u>, 700 F.2d 1202, 1206 (9th Cir. 1983) (absence of objection does not relieve "district court of its obligation . . . to decide for itself whether the Magistrate's report is correct").

I find no error.

### Conclusion

Magistrate Judge Cooney's Findings and Recommendation (docket # 21) are adopted. Defendant's Motion (# 15) to Remand is denied. The decision of the Commissioner is reversed and the matter remanded pursuant to sentence four of 42 U.S.C. § 405(g) for calculation and award of benefits.

IT IS SO ORDERED.

DATED this 19 day of July, 2006.

Owen M. Panner
United States District Judge

2 - ORDER